UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 17 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE P. CHAPMAN, Jr. and BRENDA J. GULLY CHAPMAN, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, a German national corporation; et al., <br><br> Defendants - Appellees. | No. 10-15215 <br><br> D.C. No. 3:09-cv-00228-RCJ-VPC <br> U.S. District Court for Nevada, Reno <br><br> **MANDATE** |

The judgment of this Court, entered June 24, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk